# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,<br><br>　　　　　　　　Defendants. | No.: 2:24-cv-00945<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE TO FILE ANSWER** |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue Deadline to File Answer. Dkt. # 11. The Court GRANTS the motion. The deadline to file an Answer to the Complaint is now Wednesday, September 11, 2024.

DATED this 16th day of August, 2024.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE