# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No.: 2:24-cv-00945<br><br>ORDER |

Before the Court is defense counsel's "LCR 83.2 Motion to Withdraw as Counsel for Defendants (Unopposed)." Dkt. # 14. The Court GRANTS the motion. MDK Law may withdraw as counsel for the Defendants.

DATED this 10th day of September, 2024.

_JOHN H. CHUN_
UNITED STATES DISTRICT JUDGE

ORDER
*Amazon.com, Inc. Et al. v. Hsin Ting Yeh & Anthony Chen* - 1