UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00945-JHC<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXTENSION OF INITIAL CASE DEADLINES |

THIS MATTER comes before the Court on the Plaintiffs' *Ex Parte* Motion for Extension of Initial Case Deadlines, Dkt. # 17, and the Court having considered the Motion, and finding good cause therefore, ORDERS:

That the deadlines originally set by the Court's August 26, 2024, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 13) are extended as follows:

| **Deadline** | **Date** |
|---|---|
| Deadline for FRCP 26(f) Conference | 10/24/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 11/7/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 11/14/2024 |

ORDER GRANTING MOTION
FOR EXTENSION OF INITIAL CASE DEADLINES - 1
(2:24-cv-00945-JHC)

DATED this 11th day of September, 2024.

                                                  */s/ John H. Chun*
                                                  JOHN H. CHUN
                                                  UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR EXTENSION OF INITIAL CASE DEADLINES - 2
(2:24-cv-00945-JHC)