1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation, | No. 2:24-cv-00945-JHC ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO TERMINATE RULE 26 DEADLINES |
| Plaintiffs, | |
| v. | |
| HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10, | |
| Defendants. | |

THIS MATTER came before the Court on the Plaintiffs' *Ex Parte* Motion to Terminate Rule 26 Deadlines, Dkt. ## 22 and 23, and the Court having considered the Motion, and finding good cause therefore, the Court ORDERS:

A. Plaintiffs' Motion to Terminate Rule 26 Deadlines is **GRANTED**;

B. All Rule 26 deadlines set in this case (Dkt. # 18) are hereby terminated; and

C. Plaintiffs shall file a motion for default judgment against Defendants on or before December 13, 2024.

ORDER GRANTING MOTION
TO TERMINATE RULE 26 DEADLINES - 1
(2:24-cv-00945-JHC)

SO ORDERED this 8th day of November, 2024.


JOHN H. CHUN
UNITED STATES DISTRICT JUDGE