UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00945-JHC<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS HSIN TING YEH AND ANTHONY CHEN |

THIS MATTER comes before the Court on the *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Against Defendants Hsin Ting Yeh and Anthony Chen (together, Defendants) brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, The Black & Decker Corporation, and Black & Decker (U.S.) Inc. (collectively, Plaintiffs) (the Motion), pursuant to Local Civil Rule 7(f).  Dkt. # 26.  The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 9,500 words.

/

/

/

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:24-cv-00945-JHC)

SO ORDERED this 11th day of December, 2024.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:24-cv-00945-JHC)